## LAW FIRM OF
## VWP PLLC
### VAUGHN, WEBER & PRAKOPE

393 Jericho Turnpike, Suite 208, Mineola, NY 11501
Ph: (516) 858-2620 Fax: (516) 858-5975
www.vaughnweberlaw.com

Robbie L. Vaughn, Esq.*
John A. Weber IV, Esq.
Timothy B. Prakope, Esq.                                                                              Admitted: NY, NJ*

June 15, 2020

**_Via USDS EDNY ECF_**
Honorable Denise Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re: Maria Busone v. The State of New York, *et al.*
          Docket No.: 19-CV-03332

Dear Judge Hurley:

  We are respectfully writing to advise the Court of the agreed upon briefing schedule for the combined Rule 12(b)(6) motions of the defendants in this matter. The plaintiff shall serve its combined opposition papers on July 15, 2020. Defendants shall file their reply papers on August 28, 2020. Please feel free to contact me with any questions or concerns.

                 Very truly yours,

                 /s/ John A. Weber IV, Esq.

JAW

Cc:

  **_Via USDS ESDNY ECF to:_**

  Lori Pack, Assistant Attorney General

  Brian Mitchell, Assistant County Attorney